FILED by PG D.C.
AUG 28 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:** ______________

George Leo Riel
(Write the full name of the plaintiff)

vs. Monroe County Detention Facilitie's, Correct care Solutions.

(Write the full name of the defendant/s in this case)

cat / div 1983/555/Key West
Case # ______
Judge ______ Mag ______
Motn Ifp yes Fee pd $ –
Receipt # ______

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

**A.** Plaintiff: George Leo Riel

Address: 5501 Collage road Key West Florida

Inmate/Prison No.: 10011574

*Year* of Birth: 1966 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Monroe County Detention Facilities

Official Position: ______

Place of Employment: Monroe County

Defendant: Correct Care Solutions

Official Position: Health care provider

Place of Employment: Monroe County

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

**II. Statement of Claim**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Ive been incarserated for three months and I am a-heart patient (corrinary artery desease) with triple bipass plus stints two coils in last year and ahalf, - And I am being denied the proper medication and a doctors treatment (Cartiologist) as Ive requested to see any doctor, as Ive Requested, civil violations are diliberate indifference and gross neglect causeing life threatining situation

**III. Relief Requested**

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want to bee seen by a cartiologist imediatly, and a a justment to my proper medication also right away. OR dissmissal of all charges so I can seek treatment / return to treatment on my own, My charges are driving on a suspended license, and dose not impose a death sentence.

and punitive damages, due to
wdvestress, ereprable damage (suspected Stroke)
and endangerment

## IV. Jury Demand

Are you demanding a jury trial? ✓ Yes ___ No

Signed this 22 day of August, 2018

[signature]
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 8-22-18

[signature]
Signature of Plaintiff

George, L, Riel
M.C.D.F.
5501 College road
KeyWest, FL, 33040

**USMS**
**INSPECTED**

**RECEIVED**




Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue 8N09
Miami, FL 33128-7716

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper

© USPS 2016

TL 0212

MONROE CO... Y DETENTION CENTER
5501 COLLEG... D, KEY WEST, FL 33040
MUST ... MING OUTGOING MAIL
... THE ... NDERS FULL NAME AND
ADD... THE ... TE OR DETAINEE NAME
M... BE CORRECT
CASH, MONEY O... R, PERS... AL CHECKS AND
UNAUTHORIZED PACKAGES, ... E NOT ACCEPTED
ALL WILL BE ... RNED TO SENDER. WE ARE
NOT RESPONSIBLE FOR INCORRECT INFORMATION